374 A.2d 701

Commonwealth v. Durkin, Appellant.

Argued April 12, 1977. Stephen A. Tetuan, for appellant; Lynette D. Lang, Assistant District Attorney, with her Robert H. Chase, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., absent.

374 A.2d 702

Commonwealth v. Eazer, Appellant.

Argued April 12, 1977. John J. Hudacsek, Jr., with him Robert J. Campbell, for appellant; Keith R. McMillen, Assistant District Attorney, and Joseph S. Walko, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., absent.